# Schedule A

# [REDACTED]