# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MD, LLC

                    Plaintiff,

v.                          Case No.: 1:23−cv−00877

                            Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations Identified in Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 21, 2023:

    MINUTE entry before the Honorable Joan B. Gottschall: The motion [54] of eBay, Inc., for leave to file its 4/20/2023 response, the declaration of Larry Taylor, and the accompanying exhibit (document nos. [52], [52−1], and [55]) under seal is granted. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.