IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| MD, LLC,<br><br>          Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>          Defendants. | Case No. 23-cv-0877<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Gabriel A. Fuentes |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff MD, LLC ("Plaintiff"), filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Name/Alias") and the online marketplace accounts identified in Schedule A (the "Online Marketplace"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.[1]

This Court finds Plaintiff has provided notice of preliminary injunction hearing to Defendants identified in **Exhibit 1** attached hereto in accordance with the Minute Order entered on May 17, 2023 (ECF No. 70), and Fed. R. Civ. P. 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis

---

[1] Certain defendants who have not yet been provided the notice of preliminary injunction hearing have been excluded from this order. These defendants are either those for whom third-party service providers have not yet produced contact information or that could not be reached through email notice pursuant to the Court's order entered on May 17, 2023 (ECF No. 70).

1

to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered design patent, copyright, and trademark (the Plaintiff's Intellectual Property) to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's, patented design, copyrighted works, and trademark. *See* Ex. 2 to the Decl. of Michael Koury, ECF Nos. 6-4 to 6-21 ("Koury Ex. 2") (including screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its goods to customers in Illinois using infringing and/or counterfeit versions of the Plaintiff's intellectual property).

  This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Fed. R. Civ. P. 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

  Specifically, Plaintiff has proved a *prima facie* case of, design patent, copyright, and trademark infringement because (1) the Plaintiff's design patent is valid and registered with the USPTO, (2) the Plaintiff's copyrighted works are valid and registered with the U.S. Copyright Office, (3) the Plaintiff's trademark is a distinctive mark and is registered with the USPTO on

2

the Principal Register, (4) Defendants are not licensed or authorized to use any of the Plaintiff's design patent, copyrighted works, or trademark and (5) Defendants' use of the Plaintiff's Intellectual Property is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff's Intellectual Property irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Plaintiff's Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, or any reproductions, counterfeit copies, or colorable imitations of Plaintiff's Intellectual Property.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request, Defendants and any third-party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress"), Amazon.com, Inc. ("Amazon"), DHgate.com ("DHgate"), eBay, Inc. ("eBay"), Joom, Shopify, Inc. ("Shopify"), Walmart.com USA, LLC ("Walmart"), ContextLogic Inc. d/b/a Wish.com (Wish), Stripe, Inc. ("Stripe"), Payoneer Global Inc. ("Payoneer") and PayPal, Inc. ("PayPal") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces;

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Payoneer, Stripe, or other merchant account providers, payment providers, third-party processors, and credit card associations (e.g., MasterCard and VISA); and

   d. any metatags, metadata, or hashtags used by Defendants when listing their infringing items.

4. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Intellectual Property.

5. Any Third-Party Providers as defined in Paragraph 3, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff's Pleadings, Schedule A, and Exhibits 1 to 3 thereto (ECF Nos. 7 to 7-3), the Declaration of Michael Koury (ECF No. 6-2), Koury Exhibit 1 and 2 thereto (ECF Nos. 6-3 to 6-21), and the TRO (ECF No. 65) are unsealed.

7. The Clerk is directed to replace the name of the Plaintiff in the caption of this matter in PACER with Milkmen Design, LLC.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: May 31, 2023

SO ORDERED:
/s/
Joan B. Gottschall
United States District Judge

# Exhibit 1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Nanijng Lone-Star International Company | ansonmiao | https://ansonmiao.en.alibaba.com |
| 2 | Autoline International Trading Co., Ltd. | autoline | https://autoline.en.alibaba.com |
| 3 | Yiwu Jieqiang Electric Appliance Co., Ltd. | jieqiangyiwu | https://jieqiangyiwu.en.alibaba.com |
| 4 | Ningbo Riyadh International Trade Co., Ltd. | nbriyadh | https://nbriyadh.en.alibaba.com |
| 5 | Ningbo Jsummer Imp. & Exp. Co., Ltd. | ningbojsummer | https://ningbojsummer.en.alibaba.com |
| 6 | Nanjing Vision Environmental Protection Technology Co., Ltd. | njvision | https://njvision.en.alibaba.com |
| 7 | Shenzhen Oubo Technology Co., Ltd. | obordesk | https://obordesk.en.alibaba.com |
| 8 | Xiamen Palmy Import & Export Co., Ltd. | partysupplies | https://partysupplies.en.alibaba.com |
| 9 | Shenzhen Sinofly Electronic Company Limited | sinofly2 | https://sinofly2.en.alibaba.com |
| 10 | Shenzhen Xunze Technology Co., Ltd. | xunzevision | https://xunzevision.en.alibaba.com |
| 11 | I Love Kitchen Store | 1100367056 | https://www.aliexpress.com/store/1100367056 |
| 12 | Elenxs store | 1100564103 | https://www.aliexpress.com/store/1100564103 |
| 13 | Saicoyi modada's store Store | 1101233553 | https://www.aliexpress.com/store/1101233553 |
| 14 | REDACTED | | |
| 15 | ShenZhen DZ Store | 1101247114 | https://www.aliexpress.com/store/1101247114 |
| 16 | Iraq Code Store | 1101264855 | https://www.aliexpress.com/store/1101264855 |
| 17 | Tool Light Market Store | 1101265827 | https://www.aliexpress.com/store/1101265827 |
| 18 | Necessities of life Store | 1101284743 | https://www.aliexpress.com/store/1101284743 |
| 19 | My garden storage Store | 1101391609 | https://www.aliexpress.com/store/1101391609 |
| 20 | Choww Store | 1101530317 | https://www.aliexpress.com/store/1101530317 |
| 21 | house Tool kitchen Store | 1101543594 | https://www.aliexpress.com/store/1101543594 |
| 22 | Car Monopolying Store | 1101559296 | https://www.aliexpress.com/store/1101559296 |
| 23 | Shop911036039 Store | 1101567582 | https://www.aliexpress.com/store/1101567582 |
| 24 | Good Night Driver Store | 1101579435 | https://www.aliexpress.com/store/1101579435 |
| 25 | Shop911238160 | 1101589119 | https://www.aliexpress.com/store/1101589119 |
| 26 | Shop911259142 | 1101592218 | https://www.aliexpress.com/store/1101592218 |
| 27 | Lover Car | 1101606164 | https://www.aliexpress.com/store/1101606164 |
| 28 | Shop911421435 | 1101614512 | https://www.aliexpress.com/store/1101614512 |
| 29 | FHappy | 1101618727 | https://www.aliexpress.com/store/1101618727 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 30 | Shop911537034 | 1101631455 | https://www.aliexpress.com/store/1101631455 |
| 31 | Weeping Stars | 1101657694 | https://www.aliexpress.com/store/1101657694 |
| 32 | Househeld Market | 1101662668 | https://www.aliexpress.com/store/1101662668 |
| 33 | Cheap And Worry-free Store | 1101671450 | https://www.aliexpress.com/store/1101671450 |
| 34 | Lavid | 1101712650 | https://www.aliexpress.com/store/1101712650 |
| 35 | Homes promotions Store | 1101719215 | https://www.aliexpress.com/store/1101719215 |
| 36 | House-hold Gardening Store | 1101753079 | https://www.aliexpress.com/store/1101753079 |
| 37 | Housekeeping Tidy Buyer Store | 1101759392 | https://www.aliexpress.com/store/1101759392 |
| 38 | La 01 boutique Store | 1101759470 | https://www.aliexpress.com/store/1101759470 |
| 39 | Favoria Store | 1101776183 | https://www.aliexpress.com/store/1101776183 |
| 40 | Homehouse 8866 Store | 1101788378 | https://www.aliexpress.com/store/1101788378 |
| 41 | New-home Store | 1101788386 | https://www.aliexpress.com/store/1101788386 |
| 42 | Convenience Life Store | 1101809738 | https://www.aliexpress.com/store/1101809738 |
| 43 | yichukeji004 Store | 1101827723 | https://www.aliexpress.com/store/1101827723 |
| 44 | Yiwu house007 Store | 1101872973 | https://www.aliexpress.com/store/1101872973 |
| 45 | Pegasus Store Store | 1101962740 | https://www.aliexpress.com/store/1101962740 |
| 46 | Shop1100084175 Store | 1101988393 | https://www.aliexpress.com/store/1101988393 |
| 47 | Shop1100217718 Store | 1102017518 | https://www.aliexpress.com/store/1102017518 |
| 48 | Shop1100346094 Store | 1102041957 | https://www.aliexpress.com/store/1102041957 |
| 49 | Perfect shopping Store | 1102051656 | https://www.aliexpress.com/store/1102051656 |
| 50 | Speeding Car Motor Store | 1102059400 | https://www.aliexpress.com/store/1102059400 |
| 51 | Shop1102082296 Store | 1102081321 | https://www.aliexpress.com/store/1102081321 |
| 52 | Shop1102102131 Store | 1102104129 | https://www.aliexpress.com/store/1102104129 |
| 53 | KITCHEN TIME Store | 1102114842 | https://www.aliexpress.com/store/1102114842 |
| 54 | Shop1102166927 Store | 1102168783 | https://www.aliexpress.com/store/1102168783 |
| 55 | Shop1102195779 Store | 1102186843 | https://www.aliexpress.com/store/1102186843 |
| 56 | yapengmaoyi | A110Q2D761V9LG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A110Q2D761V9LG |
| 57 | Bigger and stronger | A12GJUFKETPT7U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12GJUFKETPT7U |
| 58 | Zhangzhiminshop | A12QTDG2KWIII6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12QTDG2KWIII6 |
| 59 | soarflight | A12XTCPGXNW7G4 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A12XTCPGXNW7G4 |
| 60 | nuannuande | A12Z3JNAQ01FMR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12Z3JNAQ01FMR |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 61 | yijue_led | A13JN9WX990Z3G | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13JN9WX990Z3G |
| 62 | The Carter Collection Online | A13YVQ7OU9LT2P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13YVQ7OU9LT2P |
| 63 | HENANHEJUXINXIKEJIYOUXIANGONGSI | A15GVCCRP1K3PY | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A15GVCCRP1K3PY |
| 64 | HUI RUI | A17KXNFWAERSIN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17KXNFWAERSIN |
| 65 | CHENLIXIANGS | A18SHD9FISFY2R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18SHD9FISFY2R |
| 66 | Seattle01 | A19P769PUV5DT9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19P769PUV5DT9 |
| 67 | AIIDAA | A1ANLNKRQA1J5D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ANLNKRQA1J5D |
| 68 | Mrhuodedian | A1AW7QM4D527P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AW7QM4D527P |
| 69 | xiamendasuwenhuachuanmeiyouxiangongsi | A1FLA7MRLHXVHD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FLA7MRLHXVHD |
| 70 | Denilleton Technology | A1GHM18F6Q51TL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GHM18F6Q51TL |
| 71 | chengdumaizeluowangluokejiyouxiangongsi2 | A1K0BK96IYQH9I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K0BK96IYQH9I |
| 72 | calfstock | A1K9KSQ92WMZLU | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1K9KSQ92WMZLU |
| 73 | waterfail | A1L49KF643H8C7 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1L49KF643H8C7 |
| 74 | xingll-shop | A1LEXZ6EI2SMWN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LEXZ6EI2SMWN |
| 75 | shemiH1516 | A1OQJRFY7YXUE3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OQJRFY7YXUE3 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 76 | Xiao Tong Store | A1QMJAOJKYXUD0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QMJAOJKYXUD0 |
| 77 | Lufapeach | A1UY0P5JVEPKHH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UY0P5JVEPKHH |
| 78 | Nstartpoint | A1UZA2RVAZC25S | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UZA2RVAZC25S |
| 79 | skyning | A1WOY12EYUFL8G | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1WOY12EYUFL8G |
| 80 | songshanquchenxibaihuodian | A1WTCG4G3SXW56 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WTCG4G3SXW56 |
| 81 | lambert | A1WV82J7LQYJDX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WV82J7LQYJDX |
| 82 | TaiYuanShiJinYuanQuJiaHuaRiZaDian | A2060TVLW5QF31 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2060TVLW5QF31 |
| 83 | REDACTED | | |
| 84 | Wioihee Official Store | A25HGXGI4A2ZBF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25HGXGI4A2ZBF |
| 85 | Porpul | A272F28NC9IWSZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A272F28NC9IWSZ |
| 86 | KXY138 | A2BYY6AQAEKPRO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BYY6AQAEKPRO |
| 87 | JINGZI | A2CTT4FDKXWPIR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CTT4FDKXWPIR |
| 88 | wentuobaihuodian | A2E1EXL9I96RNS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E1EXL9I96RNS |
| 89 | DIY road | A2E6C1LYM96VLU | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2E6C1LYM96VLU |
| 90 | Ailin‚Äôs shop | A2HP05Z7MI09FS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HP05Z7MI09FS |
| 91 | YANYUYAN | A2HRJ2RQY28Z47 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HRJ2RQY28Z47 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 92 | Ningning Shop | A2JD9JXSJN74F8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2JD9JXSJN74F8 |
| 93 | TRUYOK Store | A2KV6TW4WQN6EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KV6TW4WQN6EI |
| 94 | hongshenghongsheng | A2LO6ERDO89QXH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2LO6ERDO89QXH |
| 95 | ƒ∞HKSTORE | A2NMUI3D39BOU7 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2NMUI3D39BOU7 |
| 96 | Sharous | A2NVH35YA0IJSZ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2NVH35YA0IJSZ |
| 97 | zanmeibierenaiziji | A2O3B3B4KP2UJI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2O3B3B4KP2UJI |
| 98 | oinmmnio | A2P0IW0FTP722 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2P0IW0FTP722 |
| 99 | savxzxewqgfyth | A2TJI6JD4LS82J | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TJI6JD4LS82J |
| 100 | SgoyiU(Fast Shipping 6-12 Days ) | A2TV8SJ4LVFXZU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TV8SJ4LVFXZU |
| 101 | linbaoshan | A2UOFWFBEM3M4P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UOFWFBEM3M4P |
| 102 | Amz'shop | A2VEXVDYFWEQSP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VEXVDYFWEQSP |
| 103 | kelvq | A2W20UP7DKCGDD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W20UP7DKCGDD |
| 104 | ZhengRunxianshop | A2XDBC7WYWCMQ0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XDBC7WYWCMQ0 |
| 105 | jingzhoushashiqudadoudianzishangwuyouxiangongsi | A2YJEIDZIN9MUG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YJEIDZIN9MUG |
| 106 | Patty Both | A31RCAJH203AGL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31RCAJH203AGL |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 107 | Maogear | A33B8VFZPBKC18 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33B8VFZPBKC18 |
| 108 | MUSENALU | A351EMXHJC2HNR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A351EMXHJC2HNR |
| 109 | August Auto Global | A38X8YFW1HVM8O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38X8YFW1HVM8O |
| 110 | Casoter | A3920NR052LOZQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3920NR052LOZQ |
| 111 | YaoDuo-an | A3DRSCNZDDARJL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DRSCNZDDARJL |
| 112 | Minghai | A3FSA5NILGC3HM | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3FSA5NILGC3HM |
| 113 | Weiwangbaozhuang | A3G81O6WI57KIY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G81O6WI57KIY |
| 114 | xiamenhaiqinggaoshenxinxikejiyouxiangongsi | A3HVPWVWT7TGVP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HVPWVWT7TGVP |
| 115 | zijiangdianzishangwu | A3K228Z1PFLIKX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3K228Z1PFLIKX |
| 116 | Chaina Shop | A3KD6KR7GHVMU0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3KD6KR7GHVMU0 |
| 117 | dongguanshixinqingmaoyiyouxiangongsi12 | A3LMS4UIAI27JQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LMS4UIAI27JQ |
| 118 | Fourtunes | A3O7SZ0JK4YVUY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3O7SZ0JK4YVUY |
| 119 | ZMQY | A3OM6OEWS3WIAJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OM6OEWS3WIAJ |
| 120 | Drowat Aowest | A3PU4CPGSML3VT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PU4CPGSML3VT |
| 121 | TUO-DING | A3RMJP68895E9F | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3RMJP68895E9F |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 122 | fuxingrunsheng | A3SDBR0DXHFYL5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SDBR0DXHFYL5 |
| 123 | Sukierby | A3SJY32GH2H9UI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SJY32GH2H9UI |
| 124 | Warm Love Home | A3VBV9C6A5B0E1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VBV9C6A5B0E1 |
| 125 | htrhcvb | A3VI8VJG2NVXWW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VI8VJG2NVXWW |
| 126 | qishun-cbw | A4F1OM4CT22PO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4F1OM4CT22PO |
| 127 | XIAOYUANSHENG | ABGYMGBT499YV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABGYMGBT499YV |
| 128 | Ourage | AEM43RJNK6WYA | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AEM43RJNK6WYA |
| 129 | qboxmxer | AF9GT3Z71NV0Q | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AF9GT3Z71NV0Q |
| 130 | HuihuangAMZus | AG8DEZ0E1CHZH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AG8DEZ0E1CHZH |
| 131 | geyudzsw | AGPW4B44RD969 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGPW4B44RD969 |
| 132 | LLSW shop | AGQFUJ9FILU8O | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AGQFUJ9FILU8O |
| 133 | shunyang_led | AJM4YZWD23KLT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJM4YZWD23KLT |
| 134 | HMYU | AN759EFB42U6I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AN759EFB42U6I |
| 135 | KOWASEI-US | AO0BXQ42ESHXK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AO0BXQ42ESHXK |
| 136 | kaaka | AQ7X6OKLSWPD0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQ7X6OKLSWPD0 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 137 | ZPBW-HKitechen Direct | AYJTSO9CDQMJ3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYJTSO9CDQMJ3 |
| 138 | vanllla8 | AZGMOVEEBL7VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZGMOVEEBL7VQ |
| 139 | industrial | 19901783 | https://www.dhgate.com/store/19901783 |
| 140 | DHgate Recommended Store | 20405224 | https://www.dhgate.com/store/20405224 |
| 141 | dhgatetop_company | 21125612 | https://www.dhgate.com/store/21125612 |
| 142 | ponestopwholesale Store | 21296980 | https://www.dhgate.com/store/21296980 |
| 143 | gabrielcoo Store | 21634512 | https://www.dhgate.com/store/21634512 |
| 144 | neixianhg Store | 21634717 | https://www.dhgate.com/store/21634717 |
| 145 | Wuliannanya | 21634815 | https://www.dhgate.com/store/21634815 |
| 146 | Meihao2021 | 21636677 | https://www.dhgate.com/store/21636677 |
| 147 | Igetvape | 21705503 | https://www.dhgate.com/store/21705503 |
| 148 | Pyihai2021 | 21748417 | https://www.dhgate.com/store/21748417 |
| 149 | Meiruida | 21748705 | https://www.dhgate.com/store/21748705 |
| 150 | Meidala | 21748707 | https://www.dhgate.com/store/21748707 |
| 151 | puuugx1180aa | 21749527 | https://www.dhgate.com/store/21749527 |
| 152 | lquddv2317gx Store | 21749556 | https://www.dhgate.com/store/21749556 |
| 153 | hkshenyusheng04 | 21749695 | https://www.dhgate.com/store/21749695 |
| 154 | Fzctb6 | 21750772 | https://www.dhgate.com/store/21750772 |
| 155 | fzcti7 | 21750803 | https://www.dhgate.com/store/21750803 |
| 156 | fzctp1 | 21750863 | https://www.dhgate.com/store/21750863 |
| 157 | youyig8 Store | 21751211 | https://www.dhgate.com/store/21751211 |
| 158 | pyouyig2 | 21751277 | https://www.dhgate.com/store/21751277 |
| 159 | lyouyip0 | 21751278 | https://www.dhgate.com/store/21751278 |
| 160 | E9in | 21800497 | https://www.dhgate.com/store/21800497 |
| 161 | Psat | 21800499 | https://www.dhgate.com/store/21800499 |
| 162 | Ssak | 21800500 | https://www.dhgate.com/store/21800500 |
| 163 | Kabz | 21800522 | https://www.dhgate.com/store/21800522 |
| 164 | Ooow | 21800533 | https://www.dhgate.com/store/21800533 |
| 165 | E3zg | 21800548 | https://www.dhgate.com/store/21800548 |
| 166 | Mm8n | 21800561 | https://www.dhgate.com/store/21800561 |
| 167 | B3nj | 21800573 | https://www.dhgate.com/store/21800573 |
| 168 | Onna | 21800586 | https://www.dhgate.com/store/21800586 |
| 169 | Whku | 21800593 | https://www.dhgate.com/store/21800593 |
| 170 | Grab | 21800594 | https://www.dhgate.com/store/21800594 |
| 171 | Gxwz | 21800608 | https://www.dhgate.com/store/21800608 |
| 172 | Ylz5 | 21800619 | https://www.dhgate.com/store/21800619 |
| 173 | ltic | 21800749 | https://www.dhgate.com/store/21800749 |
| 174 | Rbur | 21800862 | https://www.dhgate.com/store/21800862 |
| 175 | Otke | 21800863 | https://www.dhgate.com/store/21800863 |
| 176 | ubwo Store | 21800981 | https://www.dhgate.com/store/21800981 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 177 | rcum Store | 21800983 | https://www.dhgate.com/store/21800983 |
| 178 | elnl | 21800984 | https://www.dhgate.com/store/21800984 |
| 179 | tozg | 21800985 | https://www.dhgate.com/store/21800985 |
| 180 | bkpl Store | 21800986 | https://www.dhgate.com/store/21800986 |
| 181 | ahj1 | 21800987 | https://www.dhgate.com/store/21800987 |
| 182 | s29x Store | 21800988 | https://www.dhgate.com/store/21800988 |
| 183 | zubv Store | 21800989 | https://www.dhgate.com/store/21800989 |
| 184 | dokg | 21800990 | https://www.dhgate.com/store/21800990 |
| 185 | iism | 21800991 | https://www.dhgate.com/store/21800991 |
| 186 | b1zi | 21800992 | https://www.dhgate.com/store/21800992 |
| 187 | fuje Store | 21800993 | https://www.dhgate.com/store/21800993 |
| 188 | jitc Store | 21800995 | https://www.dhgate.com/store/21800995 |
| 189 | sh2y Store | 21800996 | https://www.dhgate.com/store/21800996 |
| 190 | ogyf Store | 21800997 | https://www.dhgate.com/store/21800997 |
| 191 | dwky Store | 21800998 | https://www.dhgate.com/store/21800998 |
| 192 | nsc7 | 21801001 | https://www.dhgate.com/store/21801001 |
| 193 | jumf Store | 21801002 | https://www.dhgate.com/store/21801002 |
| 194 | nokg Store | 21801003 | https://www.dhgate.com/store/21801003 |
| 195 | morr Store | 21801004 | https://www.dhgate.com/store/21801004 |
| 196-244 | REDACTED | | |
| 245 | Auto 2 | 5cf7656636b54d030175e6d9 | https://www.joom.com/en/stores/5cf7656636b54d030175e6d9 |
| 246 | coolfiy | coolfiy.com | https://coolfiy.com |
| 247 | motogenik | motogenik.com | https://motogenik.com |
| 248 | REDACTED | | |
| 249 | REDACTED | | |
| 250 | REDACTED | | |
| 251 | Joybuy America | 101001636 | https://www.walmart.com/reviews/seller/101001636 |
| 252 | KIKIO | 101044608 | https://www.walmart.com/reviews/seller/101044608 |
| 253 | SHANG HAI BAO YU ELECTRONIC BUSINESS CO LTD | 101044628 | https://www.walmart.com/reviews/seller/101044628 |
| 254 | KZKRUS | 101044647 | https://www.walmart.com/reviews/seller/101044647 |
| 255 | Guangzhou Yimeihua Boutique Co., Ltd. | 101072331 | https://www.walmart.com/reviews/seller/101072331 |
| 256 | Shanghai Huasha Business Consultancy Co.,Ltd. | 101076539 | https://www.walmart.com/reviews/seller/101076539, https://www.walmart.com/reviews/seller/256 |
| 257 | REDACTED | | |
| 258 | WGR | 101092880 | https://www.walmart.com/reviews/seller/101092880 |
| 259 | Caper Bro. | 101105556 | https://www.walmart.com/reviews/seller/101105556 |
| 260 | Focus U&M | 101106767 | https://www.walmart.com/reviews/seller/101106767 |
| 261 | Dolegur | 101109694 | https://www.walmart.com/reviews/seller/101109694 |
| 262 | La Vie en Rose | 101110678 | https://www.walmart.com/reviews/seller/101110678 |
| 263 | lenbest Joy | 101111109 | https://www.walmart.com/reviews/seller/101111109 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 264 | SZYT | 101112318 | https://www.walmart.com/reviews/seller/101112318 |
| 265 | SZFHDZ | 101112995 | https://www.walmart.com/reviews/seller/101112995 |
| 266 | hengyangpuxingdianzishangwuyouxiangongsi | 101114968 | https://www.walmart.com/reviews/seller/101114968 |
| 267 | ShenZhenShiJiRongBenKeJiYouXianGongSi | 101116115 | https://www.walmart.com/reviews/seller/101116115 |
| 268 | ShenZhenRuiTaiRuKeJiYouXianGongSi | 101116604 | https://www.walmart.com/reviews/seller/101116604 |
| 269 | REDACTED | | |
| 270 | BUBBLE TECH | 101122014 | https://www.walmart.com/reviews/seller/101122014 |
| 271 | ShenZhenShiChuangFengXianKeJiYouXianGongSi | 101123703 | https://www.walmart.com/reviews/seller/101123703 |
| 272 | Redempion | 101130046 | https://www.walmart.com/reviews/seller/101130046 |
| 273 | Quintina | 101133724 | https://www.walmart.com/reviews/seller/101133724 |
| 274 | guardung | 101134150 | https://www.walmart.com/reviews/seller/101134150 |
| 275 | Heopbird | 101172802 | https://www.walmart.com/reviews/seller/101172802 |
| 276 | yiwushitianhaichanglimaoyiyouxiangongsi | 101173073 | https://www.walmart.com/reviews/seller/101173073 |
| 277 | Comdar | 101173377 | https://www.walmart.com/reviews/seller/101173377 |
| 278 | Xmastr | 101173591 | https://www.walmart.com/reviews/seller/101173591 |
| 279 | CDLYD | 101173814 | https://www.walmart.com/reviews/seller/101173814 |
| 280 | Flancle | 101173893 | https://www.walmart.com/reviews/seller/101173893 |
| 281 | XSY | 101175474 | https://www.walmart.com/reviews/seller/101175474 |
| 282 | putianzhihuimaoyiyouxiangongsi | 101175691 | https://www.walmart.com/reviews/seller/101175691 |
| 283 | Miruku | 101176344 | https://www.walmart.com/reviews/seller/101176344 |
| 284 | Kironypik | 101177853 | https://www.walmart.com/reviews/seller/101177853 |
| 285 | Martokay | 101177870 | https://www.walmart.com/reviews/seller/101177870 |
| 286 | Billbianc | 101178119 | https://www.walmart.com/reviews/seller/101178119 |
| 287 | BREADEEP | 101180766 | https://www.walmart.com/reviews/seller/101180766 |
| 288 | Feiyu Textile | 545b102d3dabbe5d2e715a8a | https://www.wish.com/merchant/545b102d3dabbe5d2e715a8a |
| 289 | SkinArtwork | 5468bf093dabbe66a2065025 | https://www.wish.com/merchant/5468bf093dabbe66a2065025 |
| 290 | Dasi | 575b6eabedfab55ce483ed70 | https://www.wish.com/merchant/575b6eabedfab55ce483ed70 |
| 291 | Tianhongyihua | 5762980f3a698c3a36330a73 | https://www.wish.com/merchant/5762980f3a698c3a36330a73 |
| 292 | Rui Rui foreign trade company | 59243cbb09dc205164ac96f6 | https://www.wish.com/merchant/59243cbb09dc205164ac96f6 |
| 293 | Asopeny | 5950df2830047a53eb35bdf3 | https://www.wish.com/merchant/5950df2830047a53eb35bdf3 |
| 294 | SlappyHappyGiraffe | 59776a3f776ab936ba0f3052 | https://www.wish.com/merchant/59776a3f776ab936ba0f3052 |

16

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 295 | xiaotongbaobaodedian | 59c9f9868696be01cb9e5f4b | https://www.wish.com/merchant/59c9f9868696be01cb9e5f4b |
| 296 | yyfly | 5ae6e2d128a2b365e0fb3f8d | https://www.wish.com/merchant/5ae6e2d128a2b365e0fb3f8d |
| 297 | hfengxiazjw7233 | 5b4d6bae394ea7349d2835ff | https://www.wish.com/merchant/5b4d6bae394ea7349d2835ff |
| 298 | LanXiuLong's Store | 5b5a189ef114fc2ac6e4740d | https://www.wish.com/merchant/5b5a189ef114fc2ac6e4740d |
| 299 | Deepsaw | 5b7b88dffd80b7202632e665 | https://www.wish.com/merchant/5b7b88dffd80b7202632e665 |
| 300 | Roundmall | 5b8773c0fb1d764d02bb5aed | https://www.wish.com/merchant/5b8773c0fb1d764d02bb5aed |
| 301 | Rewotray | 5c6f96f5df1e494a946a72b2 | https://www.wish.com/merchant/5c6f96f5df1e494a946a72b2 |
| 302 | Eeovwon | 5e7ef72693fb001c40cb7453 | https://www.wish.com/merchant/5e7ef72693fb001c40cb7453 |
| 303 | | | REDACTED |
| 304 | KengyiheyieK | 5e8c033e77ae1062c240c016 | https://www.wish.com/merchant/5e8c033e77ae1062c240c016 |
| 305 | Steven Gardner | 5e936ec7a93effdc58479000 | https://www.wish.com/merchant/5e936ec7a93effdc58479000 |
| 306 | John Dudley | 5e937b1446be6ae679df1dc3 | https://www.wish.com/merchant/5e937b1446be6ae679df1dc3 |
| 307 | | | REDACTED |
| 308 | wanqidedain | 5ebf7fc57b46796bebf8ded7 | https://www.wish.com/merchant/5ebf7fc57b46796bebf8ded7 |
| 309 | Cocoban | 5f433053637902aafcfab2aa | https://www.wish.com/merchant/5f433053637902aafcfab2aa |
| 310 | Comercrytpiyu jdl | 5f6a814812ef4e004129b3fa | https://www.wish.com/merchant/5f6a814812ef4e004129b3fa |
| 311 | | | REDACTED |
| 312 | manushores | 5f9d84788e1e5f438566079a | https://www.wish.com/merchant/5f9d84788e1e5f438566079a |
| 313 | Yanshange | 5fb8993cbe75153f8cca9ed3 | https://www.wish.com/merchant/5fb8993cbe75153f8cca9ed3 |
| 314 | Pasardo Store | 5fd26b828145f8200fa527b3 | https://www.wish.com/merchant/5fd26b828145f8200fa527b3 |
| 315 | Kennetblaze | 5fd3baca58cd77beefe7f626 | https://www.wish.com/merchant/5fd3baca58cd77beefe7f626 |
| 316 | Gustocynthi | 5fd532594706202bc4206ac9 | https://www.wish.com/merchant/5fd532594706202bc4206ac9 |
| 317 | Lific | 5fdbe2a19485ec157de966df | https://www.wish.com/merchant/5fdbe2a19485ec157de966df |
| 318 | David Richard Gallery | 60249c41f1f05623a26ad299 | https://www.wish.com/merchant/60249c41f1f05623a26ad299 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 319 | miaozhuayta | 607a8a291822f50fdda19e80 | https://www.wish.com/merchant/607a8a291822f50fdda19e80 |
| 320 | MarilynShoppingCenter | 60d8c2b06198992181918135 | https://www.wish.com/merchant/60d8c2b06198992181918135 |
| 321 | REDACTED | | |
| 322 | Khalo's | 616cbc080177b2fddd0c5890 | https://www.wish.com/merchant/616cbc080177b2fddd0c5890 |
| 323 | calori | 616f02fa9bf7f5bcd398e98f | https://www.wish.com/merchant/616f02fa9bf7f5bcd398e98f |
| 324 | Mangota | 617062d028147cde1880a49d | https://www.wish.com/merchant/617062d028147cde1880a49d |
| 325 | Miradasmatadoras | 617ae96f12d958f0f52a367f | https://www.wish.com/merchant/617ae96f12d958f0f52a367f |
| 326 | masoliz | 617dca8fc76f698849fcc7aa | https://www.wish.com/merchant/617dca8fc76f698849fcc7aa |
| 327 | LindosG | 61806fa8a87294fdff99c8c1 | https://www.wish.com/merchant/61806fa8a87294fdff99c8c1 |
| 328 | Jindouyun (Shanghai) Import & Export Co. | 7292 | https://www.walmart.com/reviews/seller/18988 |
| 329 | Guangzhou Dingbao E-Commerce Co. | 7376 | https://www.walmart.com/reviews/seller/18988 |
| 330 | Guangzhou Taisheng Trading Co. | 8042 | https://www.walmart.com/reviews/seller/18988 |
| 331 | Shenzhen Husky Trading Co. | 8177 | https://www.walmart.com/reviews/seller/16214 |
| 332 | Shenzhen Zhongxupeng Technology Co. | 8178 | https://www.walmart.com/reviews/seller/18988 |
| 333 | Shenzhen Senbeier Electronics Co. | 8360 | https://www.walmart.com/reviews/seller/16214 |
| 334 | Jinan Nanju Network Technology Co. | 8444 | https://www.walmart.com/reviews/seller/18988 |
| 335 | Guangzhou Zhengtong E-Commerce Co. | 8580 | https://www.walmart.com/reviews/seller/18988 |
| 336 | Shenzhen Peiyuanxin E-commerce Co. | 8618 | https://www.walmart.com/reviews/seller/18988 |
| 337 | Shenzhen Lanyu Fashion Co. | 8669 | https://www.walmart.com/reviews/seller/18988 |
| 338 | Shenzhen Lian Beauty Electronics Co. | 8753 | https://www.walmart.com/reviews/seller/18988 |
| 339 | Shenzhen Shishangdian E-commerce Co. | 8948 | https://www.walmart.com/reviews/seller/18988 |
| 340 | Shenzhen Shenyue Network Technology Co. | 9105 | https://www.walmart.com/reviews/seller/16214 |
| 341 | Shanghai Yanke Network Technology Co. | 9106 | https://www.walmart.com/reviews/seller/16214 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 342 | Chengdu JiaLi Technology Co. | 9110 | https://www.walmart.com/reviews/seller/16214 |
| 343 | Chengdu Yihanlang Trading Co. | 9208 | https://www.walmart.com/reviews/seller/18988 |
| 344 | Shanghai Yanlei Network Technology Co. | 9237 | https://www.walmart.com/reviews/seller/18988 |
| 345 | Shenzhen Shenyue Network Technology Co. | 9358 | https://www.walmart.com/reviews/seller/18988 |
| 346 | Shanghai Huangguang Trading Co. | 9378 | https://www.walmart.com/reviews/seller/18988 |
| 347 | Shanghai Funiuzhi Intelligent Technology Co. | 9381 | https://www.walmart.com/reviews/seller/18988 |
| 348 | Shenzhen Haiwei Digital Technology Co. | 9460 | https://www.walmart.com/reviews/seller/16214 |
| 349 | Shenzhen GaoYaSheng Trading Co. | 9559 | https://www.walmart.com/reviews/seller/18988 |
| 350 | Shenzhen DeTianChen Trading Co. | 9560 | https://www.walmart.com/reviews/seller/18988 |
| 351 | Shenzhen Xiangning Technology Co. | 9584 | https://www.walmart.com/reviews/seller/18988 |
| 352 | Dalian Spring Return Network Technology Co. | 9611 | https://www.walmart.com/reviews/seller/18988 |
| 353 | Shenzhen Huaxinbo Automotive Products Co. | 9740 | https://www.walmart.com/reviews/seller/16214 |
| 354 | Shenzhen Bozhong E-Commerce Co. | 9776 | https://www.walmart.com/reviews/seller/18988 |
| 355 | Shenzhen LuYuKang Technology Co. | 9783 | https://www.walmart.com/reviews/seller/18988 |
| 356 | Shenzhen JierFuXin Jewelry Co. | 9964 | https://www.walmart.com/reviews/seller/18988 |
| 357 | Shenzhen Noguchang Auto Accessories Co. | 10021 | https://www.walmart.com/reviews/seller/18988 |
| 358 | Shenzhen Yusongjie Trading Co. | 10192 | https://www.walmart.com/reviews/seller/18988 |
| 359 | Chongqing Langyidi Industrial Co. | 10458 | https://www.walmart.com/reviews/seller/18988 |
| 360 | Shenzhen Xilan Technology Co. | 10459 | https://www.walmart.com/reviews/seller/18988 |
| 361 | Chongqing Wanzhou District New Shiyi Technology Co. | 10467 | https://www.walmart.com/reviews/seller/18988 |
| 362 | Dongguan City and Wow Niang E-commerce Co. | 11141 | https://www.walmart.com/reviews/seller/18988 |
| 363 | Chengdu RongHuaXie E-Commerce Co. | 11597 | https://www.walmart.com/reviews/seller/101118004 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 364 | Shenzhen Jiachenxai Crafts Co. | 12189 | https://www.walmart.com/reviews/seller/18988 |
| 365 | Shenzhen Bensheng Trading Co. | 12355 | https://www.walmart.com/reviews/seller/101118004 |
| 366 | Shanghai Porphyry Gardening Co. | 12490 | https://www.walmart.com/reviews/seller/101087374 |
| 367 | Guangzhou Xingyaoxing Trading Co. | 12525 | https://www.walmart.com/reviews/seller/101087374 |
| 368 | Guangzhou Kazhou Trading Co. | 12529 | https://www.walmart.com/reviews/seller/101118004 |
| 369 | Shanghai Mimi Trading Co. | 12572 | https://www.walmart.com/reviews/seller/101001636 |
| 370 | Dongguan Taiyuanzi Trading Co. | 12584 | https://www.walmart.com/reviews/seller/101087374 |
| 371 | Shenzhen Jiwanda Luggage Co. | 12850 | https://www.walmart.com/reviews/seller/101001636 |
| 372 | Shenzhen Huananlong Auto Accessories Co. | 12876 | https://www.walmart.com/reviews/seller/101001636 |
| 373 | Dongguan Jielongwan Network Technology Co. | 12996 | https://www.walmart.com/reviews/seller/16214 |
| 374 | Dongguan Dajunbao Trading Co. | 13272 | https://www.walmart.com/reviews/seller/101001636 |
| 375 | Dongguan Ying Ying Men Trading Co. | 13287 | https://www.walmart.com/reviews/seller/101118004 |
| 376 | Dongguan YunKaiShiTai Trading Co. | 13288 | https://www.walmart.com/reviews/seller/101118004 |
| 377 | Dongguan Fengxuexun Network Technology Co. | 13463 | https://www.walmart.com/reviews/seller/101087374 |
| 378 | Guangzhou Ruhao Electric Co. | 13528 | https://www.walmart.com/reviews/seller/18988 |
| 379 | Guangzhou Si'an Garment Co. | 13536 | https://www.walmart.com/reviews/seller/18988 |