IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| Milkmen Design, LLC. ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 23-cv-00877 |
| ) | |
| v. ) | |
| ) | |
| ) | Hon. Joan B. Gottshcall |
| THE PARTNERSHIPS AND ) | Mag. Judge Gabriel A. Fuentes |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED IN SCHEDULE "A", ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MOTION TO PARTIALLY LIFT ASSET FREEZE AND VOLUNTAIRLY DISMISS A DEFENDANT**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Milkmen Design, LLC. having reached a confidential settlement with Defendants:

| KXY138 | 86 |
|---|---:|
| ZPBW-HKitechen Direct | 137 |

the terms of which have been satisfied, respectfully moves the Court to issue an order dismissing the Defendant's from this action and lifting the asset freeze against this Defendant's funds currently frozen at Amazon US platform pursuant to the Preliminary Injunction [82].

DATED: June 9, 2023

Respectfully submitted,

Milkmen Design, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874