IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| Milkmen Design, LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | No. 23-cv-00877<br><br>Hon. Joan B. Gottshcall<br>Mag. Judge Gabriel A. Fuentes |

**MOTION TO PARTIALLY LIFT ASSET FREEZE AND VOLUNTAIRLY DISMISS A DEFENDANT**

      Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Milkmen Design, LLC. having reached a confidential settlement with Defendants:

| Defendant Name | Defendant Number |
|---|---|
| KIKIO | 252 |
| Redemption | 272 |
| guardung | 274 |
| Kironypik | 284 |
| Martokay | 285 |
| Shenzhen DeTianChen Trading Co. | 350 |
| Shenzhen LuYuKang Technology Co. | 355 |
| Chengdu RongHuaXie E-Commerce Co. | 363 |
| Shenzhen Bensheng Trading Co. | 365 |
| Shenzhen Huananlong Auto Accessories Co. | 372 |
| Shenzhen Haiwei Digital Technology Co. | 348 |
| Vanllla8 | 138 |
| BREADEEP | 287 |
| TaiYuanShiJinYuanQuJiaHuaRiZaDian | 82 |
| SEATTLE01 | 66 |

| | |
|---|---|
| Dasi | 290 |
| Tianhongyihua | 291 |
| Asopeny | 293 |
| yyfly | 296 |
| Rewotray | 301 |
| Eeovwon | 302 |
| Billbianc | 286 |

the terms of which have been satisfied, respectfully moves the Court to issue an order dismissing the Defendant's from this action and lifting the asset freeze against this Defendant's funds currently frozen at Amazon US, Joybuy, and Walmart platforms pursuant to the Preliminary Injunction [100].

DATED: June 22, 2023

Respectfully submitted,

Milkmen Design, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874