# Exhibit 1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 196 | ashokasujeewdhangall0 | ashokasujeewdhangall0 | https://www.ebay.com/usr/ashokasujeewdhangall0 |
| 197 | astoma95 | astoma95 | https://www.ebay.com/usr/astoma95 |
| 198 | baby_likes | baby_likes | https://www.ebay.com/usr/baby_likes |
| 199 | basketball-877 | basketball-877 | https://www.ebay.com/usr/basketball-877 |
| 200 | black_wuchang | black_wuchang | https://www.ebay.com/usr/black_wuchang |
| 201 | blue.garden7 | blue.garden7 | https://www.ebay.com/usr/blue.garden7 |
| 202 | comfort.home20 | comfort.home20 | https://www.ebay.com/usr/comfort.home20 |
| 204 | december_de | december_de | https://www.ebay.com/usr/december_de |
| 205 | fdfz_27 | fdfz_27 | https://www.ebay.com/usr/fdfz_27 |
| 206 | fenha59 | fenha59 | https://www.ebay.com/usr/fenha59 |
| 207 | guaha-65 | guaha-65 | https://www.ebay.ca/usr/guaha-65 |
| 208 | huaqian1 | huaqian1 | https://www.ebay.ca/usr/huaqian1 |
| 209 | hyaenaey | hyaenaey | https://www.ebay.com/usr/hyaenaey |
| 210 | i-fashion2020 | i-fashion2020 | https://www.ebay.com/usr/i-fashion2020 |
| 212 | keily_store | keily_store | https://www.ebay.com/usr/keily_store |
| 214 | lianjia-boy | lianjia-boy | https://www.ebay.ca/usr/lianjia-boy |
| 216 | linyul-36 | linyul-36 | https://www.ebay.com/usr/linyul-36 |
| 217 | m.cloud-2 | m.cloud-2 | https://www.ebay.com/usr/m.cloud-2 |
| 218 | maalv8321 | maalv8321 | https://www.ebay.com/usr/maalv8321 |
| 219 | miss_you15 | miss_you15 | https://www.ebay.com/usr/miss_you15 |
| 220 | nailia41 | nailia41 | https://www.ebay.com/usr/nailia41 |
| 221 | naofa-5780 | naofa-5780 | https://www.ebay.com/usr/naofa-5780 |
| 222 | o-fashion2020 | o-fashion2020 | https://www.ebay.com/usr/o-fashion2020 |
| 223 | perfectidealbuy-1 | perfectidealbuy-1 | https://www.ebay.com/usr/perfectidealbuy-1 |
| 224 | pix-link_official | pix-link_official | https://www.ebay.com/usr/pix-link_official |
| 225 | puzair-79 | puzair-79 | https://www.ebay.com/usr/puzair-79 |
| 226 | qhov61 | qhov61 | https://www.ebay.com/usr/qhov61 |
| 227 | sahpo_69 | sahpo_69 | https://www.ebay.com/usr/sahpo_69 |
| 228 | shang.sunny | shang.sunny | https://www.ebay.com/usr/shang.sunn |
| 229 | shaoyo-5 | shaoyo-5 | https://www.ebay.com/usr/shaoyo-5 |
| 230 | sidah-40 | sidah-40 | https://www.ebay.com/usr/sidah-40 |
| 231 | simicang18 | simicang18 | https://www.ebay.com/usr/simicang18 |

| 232 | sunsanlin37078 | sunsanlin37078 | https://www.ebay.com/usr/sunsanlin37078 |
|---|---|---|---|
| 233 | super-pandas | super-pandas | https://www.ebay.com/usr/super-pandas |
| 234 | tangtang-2 | tangtang-2 | https://www.ebay.com/usr/tangtang-2 |
| 235 | tianmen.mountain | tianmen.mountain | https://www.ebay.com/usr/tianmen.mountain |
| 236 | w-100kg | w-100kg | https://www.ebay.com/usr/w-100kg |
| 237 | weiga41 | weiga41 | https://www.ebay.com/usr/weiga41 |
| 238 | xedstore.3 | xedstore.3 | https://www.ebay.com/usr/xedstore.3 |
| 239 | yepst-1 | yepst-1 | https://www.ebay.com/usr/yepst-1 |
| 240 | yew.fashion20 | yew.fashion20 | https://www.ebay.com/usr/yew.fashion20 |
| 241 | yirangc-94 | yirangc-94 | https://www.ebay.com/usr/yirangc-94 |
| 242 | yuzaib60 | yuzaib60 | https://www.ebay.com/usr/yuzaib60 |
| 243 | zhaog-10 | zhaog-10 | https://www.ebay.com/usr/zhaog-10 |
| 244 | zhenzhen-8 | zhenzhen-8 | https://www.ebay.com/usr/zhenzhen-8 |