# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MD, LLC

                    Plaintiff,

v.

                    Case No.: 1:23−cv−00877

                    Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Preliminary injunctions as to all defendants having been entered, an initial status report proposing a schedule for the next 45−60 days is due by and including 8/2/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.