IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

Milkmen Design, LLC,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

        Defendants.

No. 23-cv-00877

Hon. Joan B. Gottshcall
Mag. Judge Gabriel A. Fuentes

**MOTION TO PARTIALLY LIFT ASSET FREEZE AND VOLUNTAIRLY DISMISS A DEFENDANT**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Milkmen Design, LLC. having reached a confidential settlement with Defendants:

| Merchant Name | Defendant |
| --- | --- |
| Shenzhen Xunze Technology Co., Ltd. | 10 |
| Guangzhou Taisheng Trading Co. | 330 |
| Shenzhen Husky Trading Co. | 331 |
| Shenzhen Zhongxupeng Technology Co. | 332 |
| Shenzhen Xiangning Technology Co. | 351 |
| Guangzhou Xingyaoxing Trading Co. | 367 |
| Guangzhou Kazhou Trading Co. | 368 |
| Dongguan Taiyuanzi Trading Co. | 370 |
| Shenzhen Jiwanda Luggage Co. | 371 |
| Dongguan Jielongwan Network Technology Co. | 373 |
| Chengdu JiaLi Technology Co. | 342 |
| Chengdu Yihanlang Trading Co. | 343 |
| Shenzhen GaoYaSheng Trading Co. | 349 |
| Shenzhen Huaxinbo Automotive Products Co. | 353 |
| Shenzhen Jiachenxai Crafts Co. | 364 |

the terms of which have been satisfied, respectfully moves the Court to issue an order dismissing the Defendant's from this action and lifting the asset freeze against this Defendant's funds currently frozen at Alibaba, Joybuy, platforms pursuant to the Preliminary Injunction [100].

DATED: July 31, 2023

Respectfully submitted,

Milkmen Design, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874