# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MD, LLC

                                                    Plaintiff,

v.                                                          Case No.:
                                                            1:23−cv−00877

                                                            Honorable Joan B.
                                                            Gottschall

The Partnerships and Unincorporated Associations
Identified in Schedule A, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2023:

MINUTE entry before the Honorable Joan B. Gottschall: Enter order granting plaintiff's motion [174] to dismiss voluntarily 15 settling defendants and lift the asset freeze as to those defendants. In accordance with the order, the following defendants have been dismissed: Shenzhen Xunze Technology Co., Ltd., defendant. no. 10; Guangzhou Taisheng Trading Co., defendant no. 330; Shenzhen Husky Trading Co., defendant no. 331; Shenzhen Zhongxupeng Technology Co., defendant no. 332; Shenzhen Xiangning Technology Co., defendant no. 351; Guangzhou Xingyaoxing Trading Co., defendant no. 367; Guangzhou Kazhou Trading Co., defendant no. 368; Dongguan Taiyuanzi Trading Co., defendant no. 370; Shenzhen Jiwanda Luggage Co., defendant no. 371; Dongguan Jielongwan Network Technology Co., defendant no. 373; Chengdu JiaLi Technology Co., defendant no. 342; Chengdu Yihanlang Trading Co., defendant no. 343; Shenzhen GaoYaSheng Trading Co., defendant no. 349; Shenzhen Huaxinbo Automotive Products Co., defendant no. 353; Shenzhen Jiachenxai Crafts Co., defendant no. 364. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.