## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

Milkmen Design, LLC,

       Plaintiff,

          v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

       Defendants.

Case No. 23-cv-00877

Judge Joan B. Gottschall
Magistrate Judge Gabriel A. Fuentes

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Pending before the Court is Plaintiff Milkmen Design, LLC ("Plaintiff")'s Motion to

Voluntarily Dismiss Defendants

| Merchant Name | Defendant NO. |
|---|---|
| Shenzhen Xunze Technology Co., Ltd. | 10 |
| Guangzhou Taisheng Trading Co. | 330 |
| Shenzhen Husky Trading Co. | 331 |
| Shenzhen Zhongxupeng Technology Co. | 332 |
| Shenzhen Xiangning Technology Co. | 351 |
| Guangzhou Xingyaoxing Trading Co. | 367 |
| Guangzhou Kazhou Trading Co. | 368 |
| Dongguan Taiyuanzi Trading Co. | 370 |
| Shenzhen Jiwanda Luggage Co. | 371 |
| Dongguan Jielongwan Network Technology Co. | 373 |
| Chengdu JiaLi Technology Co. | 342 |
| Chengdu Yihanlang Trading Co. | 343 |
| Shenzhen GaoYaSheng Trading Co. | 349 |
| Shenzhen Huaxinbo Automotive Products Co. | 353 |
| Shenzhen Jiachenxai Crafts Co. | 364 |

(ECF No. 174) under Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(2), the Court may dismiss an action at Plaintiff's request on terms that the Court considers proper.

Accordingly, it is hereby **ORDERED** that Plaintiff's Rule 41(a)(2) Motion to Voluntarily Dismiss Defendants No. 10, 330, 331, 332, 342, 343, 349, 351, 353, 364, 367, 368, 370, 371, and 373, with prejudice is **GRANTED**.

Dated: August 1, 2023

                                    __/s/ Joan B. Gottschall_____
                                    United States District Judge